[No. 13775-5-II.   Division Two.   April 23, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. ALLEN Z. OLIVER, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 90-1-00011-1, H. John Hall, J., entered March 6, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 13626-1-II.   Division Two.   April 23, 1992.]

IAN P. KILCUP, *Appellant*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 86-2-00984-9, Thomas R. Sauriol, J., entered January 18, 1990. *Affirmed* by unpublished opinion per Worswick, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 10207-6-III.   Division Three.   April 23, 1992.]

LINDA M. BRUCE, ET AL, *Appellants*, v. WASHINGTON PUBLIC POWER SUPPLY SYSTEM, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 87-2-00995-8, Carolyn A. Brown, J., entered July 13, 1989. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Gavin, J. Pro Tem.

[No. 25681-5-I.   Division One.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MALACHI ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-8-05347-2, Anne L. Ellington, J., entered January 19, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Pekelis and Kennedy, JJ.